# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

## No. 16-1221

NICO ELECTRICAL CONTRACTOR INC., ET AL
*Plaintiff-Appellants*

v.

CITY OF CAMDEN., ET AL
*Defendant-Appellees*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
HONORABLE ANN MARIE DONIO, U.S.D.J.
CIVIL ACTION NO. 1:13-cv-06353

ADDENDUM TO APPELLANTS' APPENDIX VOLUME II

**David J. Khawam, Esq.**                                                **NJ STATE BAR**
*Counsel of Record*
LAW OFFICES OF DAVID J. KHAWAM, ESQUIRE, LLC
**216 Haddon Avenue • Sentry Office Plaza • Suite 604**
**Westmont, New Jersey 08108**
**Tel.: (856) 858-1011F**

*Attorney for Plaintiff-Appellant, NICO ELECTRICAL INC., ET AL*

21

**James Rizzo**

| | |
|---|---|
| From: | Iraida Afanador, Dir. of Code Enforcement |
| Sent: | Thursday, October 03, 2013 3:13 PM |
| To: | William Revaitis |
| Cc: | James Rizzo; Terri L. Britt; Christine T. J. Tucker, Business Administrator |
| Subject: | Mr. Marshall's and mar Miller's statements |

*Thank you Bill for your honesty. I am pleased that you were able to give a detailed account and dispute the statements made by Mr. Marshall Williams and Mr. Israel Miller, regarding you and how you handle yourself.*

*That being said, kindly ensure you send me a email to that affect, as I will be sending Mr. Marshall Williams a formal letter regarding this, and that it has been found to have no merit based on the telephone conversation Jim and I had with Ms. Ayana, (who was the one acting on behalf of her mother-in-law at 931 SO 7th Street.*

*In fact she stated that you were very friendly and professional to her and even pointed out some to her things that needed to be fixed and she was appreciative.*

*Moreover, I will inform Mr. Williams, that based on the lack of any concrete written statements, other than Mr. Miller, which you have stated that you will put in writing, that this is not true, and that it never took place; we have nothing other than "hearsay" evidence, and we cannot proceed any further and I am formally closing this complaint for lack of evidence/merit to his complaints.*

*Iraida Afanador, M.A.S*
*Municipal Department Head*
*Department of Code Enforcement*
*Suite 403, City Hall*
*520 Market Street,*
*Camden, NJ 08102*
*(Office) 856-757=-7345*
*(Fax)   856-968-4723*

1

**CERTIFICATION OF SERVICE**

I hereby certify that the Addendum to the Appendix Volume II of Appellants', Nico Electrical Contractor Inc, et al, was electronically filed with the Court on May 15th, 2017 and is immediately accessible to counsel of record in its electronic format.

        David J. Khawam, Esquire
        Attorney for the Appellant
   Nico Electrical Contractor Inc, et al

    **s/David J. Khawam, Esquire**
    BY: David J. Khawam, Esquire

Dated: May 15th, 2017